UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TANJANECA LANESE BYRD, | : | CASE NO. 15-52725 - MHM |
| | : | |
| DEBTOR. | : | |
| | : | |
| GUY G. GEBHARDT, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| TANJANECA LANESE BYRD, | : | |
| | : | |
| RESPONDENT. | : | |

**ACTING UNITED STATES TRUSTEE'S
WITHDRAWAL OF MOTION TO DISMISS PURSUANT TO SECTION 707(b)(2)**

The Acting United States Trustee for Region 21, in furtherance of his administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a), hereby withdraws that certain motion to dismiss pursuant to section 707(b)(2) filed in this case May 4, 2015 (Doc. No. 18).

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

_/s/_
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice

1

        Office of the United States Trustee
        362 Richard B. Russell Building
        75 Spring Street, SW
        Atlanta, Georgia 30303
        (404) 331-4437, ext. 152
        lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 10, 2015, I caused a copy of this notice to be served by first class, United States mail service, with adequate postage to ensure delivery to:

Tanjaneca Lanese Byrd
74 Hogue St NE Unit 2
Atlanta, GA 30312

Robert Trauner
P. O. Box 421025
Atlanta, GA 30342

Angel M. Jacobs
Law Offices of Angel M. Van Wieren, P.C.
Suite 711
120 Ralph McGill Blvd., NE
Atlanta, GA 30308

        /s/
        Lindsay P. S. Kolba
        Trial Attorney